# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONEY ANTHONY WHITE III,<br><br>Plaintiff,<br><br>v.<br><br>HDSP DENTAL DEPARTMENT, *et al.*,<br><br>Defendant. | Case No.: 2:22-cv-01971-APG-EJY<br><br>**Order** |

This case commenced on November 23, 2022 with Plaintiff filing an application to proceed *in forma pauperis* ("IFP") together with a document regarding imminent danger. ECF No. 1, 1-1. On December 19, 2022, the Court deferred a decision on Plaintiff's IFP while granting Plaintiff until January 23, 2023 to file an amended complaint. ECF No. 5 at 9. On January 31, 2023, Plaintiff submitted the instant Motion for Extension of Time through which he seeks an additional 60 days to file his Amended Complaint. ECF No. 8. Plaintiff explains the extension is needed because he submitted an Amended Complaint to the High Desert State Prison ("HDSP") law library for filing on January 1, 2023; however, on January 25, 2023, Plaintiff learned that the Amended Complaint was not filed on his behalf. Plaintiff states he will file his Amended Complaint by U.S. Mail if provided the additional time he seeks. The Court finds Plaintiff establishes a good reason for a requested extension, but that a 60 day extension is not warranted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to file his Amended Complaint (ECF No. 8) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff has through and including **March 24, 2023** to file an Amended Complaint with the Court.

IT IS FURTHER ORDERED that Plaintiff's failure to timely file his Amended Complaint will result in a recommendation to dismiss this action in its entirety without prejudice.

Dated this 7th day of February, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1