AARON D. FORD
 Attorney General
KEITH G. MUNRO, Bar No. 5074
 Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1272
E-mail: kmunro@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONEY ANTHONY WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>HDSP DENTAL DEPARTMENT, et al.,<br><br>Defendants. | Case No.  2:22-cv-01971-APG-EJY<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

Plaintiff, Toney Anthony White, and the Interested Party, the Nevada Department of Corrections, stipulate that the above-captioned action, and all related claims known and unknown, should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED: 8/18/2023, 2023

TONEY ANTHONY WHITE, #1214172

DATED August 23, 2023.

AARON D. FORD
Attorney General

By:  /s/ *Keith G. Munro*
KEITH G. MUNRO, Bar No. 5074
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: August 24, 2023

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Page 1