UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONEY A. WHITE,<br><br>       Plaintiff,<br><br>   v.<br><br>HDSP DENTAL DEPARTMENT, et al.,<br><br>       Defendants. | Case No. 2:22-cv-01971-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for 10 Day Extension (ECF No. 25). The Court is inclined to grant Plaintiff's request for an extension to file a Reply in support of his Motion to Vacate, giving Plaintiff through and including October 25, 2023 to file the Reply. However, before entering such order, the Court must hear from Defendants.

Accordingly, IT IS HEREBY ORDERED that Defendants must file a notice with the Court no later than **12 noon on October 18, 2023** stating whether they have any objection to the short extension the Court is inclined to grant. If the extension is granted, Plaintiff is advised that no further extension to file his Reply will be approved.

Dated this 17th day of October, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1