UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| TONEY A. WHITE, | Case No. 2:22-cv-01971-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| HDSP DENTAL DEPARTMENT, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Extend Time (ECF No. 25). The Court received a non-opposition to the Motion on October 17, 2023. ECF No. 27.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff will have through and including October 25, 2023 to file his Reply in support of his Motion to Vacate.

Dated this 18th day of October, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1